UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BARTHOLOMEW LEE JONES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>DEPARTMENT OF CORRECTIONS; FOIA<br><br>OFFICE,<br><br>Defendants. | Case No. 2:24-cv-01474-TMC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge; Plaintiff Bartholomew Jones's objections to the Report and Recommendation; and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation.

    a. The Court has conducted de novo review of the Report and Recommendation based on Mr. Jones's objections. Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

    b. Mr. Jones's objections repeat the same incoherent statements in his complaint. He maintains that he owns a transcontinental railroad company, that he has an

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

agreement with the United States for the government to run his "tax haven umbrella corporation," that he was named the undersecretary of the Department of Corrections, and that the defendants have violated his due process rights arising from these endeavors. *See* Dkt. 6. He also explains that his mental illness impairs his written communications. *See id.* at 1. But even liberally construing Mr. Jones's pleadings and objections given his pro se status and difficulties with communication, he has not shown that the Magistrate Judge erred in concluding that his allegations are factually and legally frivolous and that amendment would be futile. The Court overrules his objections and adopts the Report and Recommendation.

2. Plaintiff's complaint is dismissed without prejudice for failure to state a claim.

3. This dismissal shall be counted as a strike under 28 U.S.C. §1915(g).

The Clerk is directed to send copies of this Order to all counsel of record, to any party appearing pro se at said party's last known address, and to the Honorable Theresa L. Fricke.

Dated this 30th day of December, 2024.

Tiffany M. Cartwright
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2